JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIONEL FREDERICK JOHNSON, JR., <br><br>Petitioner, <br><br>v. <br><br>RALPH DIAZ, <br><br>Respondent. | Case No. 5:20-cv-2337-MWF (MAR) <br><br><br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge, **IT IS HEREBY ADJUDGED** that this action is **DISMISSED** with prejudice.

Dated: November 29, 2021

_____
MICHAEL W. FITZGERALD
United States District Judge